

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-133-CV

IN RE LAWRENCE ANTHONY COLLIER                                        RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's application for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's application for writ of mandamus is denied.

PER CURIAM

PANEL A:  LIVINGSTON, J.; CAYCE, C.J.; and HOLMAN, J.

DELIVERED:  April 15, 2008

------------

[1] *See* TEX. R. APP. P. 47.4.